DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEDMAN ACIM SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0687

[November 20, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 2021CF002573 A.

Leanne Ohle of Ohle & Ohle, Stuart, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\* \* \*

*Not final until disposition of timely-filed motion for rehearing.*